UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHN MICHAEL SNIDER, *Plaintiff*, v. JOSEPH ROBINETTE BIDEN, *in his official capacity as President of the United States*, *Defendant*. | Case No. 3:22-cv-399<br>Judge Curtis L. Collier<br>Magistrate Judge Jill E. McCook |

## JUDGMENT ORDER

Before the Court is Defendant's motion to dismiss the complaint (Doc. 1), with an accompanying memorandum, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), as well as Local Rule 7.1. (Docs. 9–10.) Plaintiff responded in opposition (Doc. 13), and Defendant replied (Doc. 14.) The matter is now ripe for review. For the reasons set out in the accompanying Memorandum, this Court **GRANTS** Defendant's motion and **DISMISSES** this action.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *LeAnna R. Wilson*
   CLERK OF COURT